```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:07CR3034 |
| v. | ) | |
| | ) | |
| JOSE ANAYA-ZEPEDA and | ) | |
| MIGUEL ANGEL AYALA ARIAS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to continue, filing 28, is granted, and

1. The deadline for plaintiff's responsive brief is extended to May 18, 2007.

2. The portion of the suppression hearing regarding the testimony of Lt. Dennis Leonard is continued to June 6, 2007 at 9:30 a.m.

DATED this 17th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge