IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3034 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JOSE ANAYA-ZEPEDA and | ) | |
| MIGUEL ANGEL AYALA ARIAS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on a report and recommendation by Magistrate Judge Piester (filing 38), recommending denial of Defendants' motions to suppress (filings 23 and 25). No statement of objections to the report and recommendation has been filed pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1).

I have conducted a de novo review of the record. I find that inasmuch as the Magistrate Judge has fully, carefully, and correctly found the facts and applied the law, the report and recommendation should be adopted and Defendants' motions to suppress should be denied in all respects.

IT IS ORDERED that:

1. the Magistrate Judge's report and recommendation (filing 38) is adopted; and

2. Defendants' motions to suppress (filings 23 and 25) are denied in all respects.

July 23, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge